UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

HOWARD THOMAS MCKINNEY, #L3734            PETITIONER

VERSUS            CIVIL ACTION NO. 5:07-cv-72-DCB-MTP

STATE OF MISSISSIPPI AND
FRANKLIN BREWER, WARDEN            RESPONDENTS

## FINAL JUDGMENT

This matter having come before the Court on the Magistrate Judge's Report and Recommendation [docket entry no. 24] that the petitioner's case be dismissed with prejudice, and the Court's having adopted said Report and Recommendation in its entirety, accordingly:

IT IS HEREBY ORDERED AND ADJUDGED that the action is DISMISSED WITH PREJUDICE.

SO ORDERED, this the 22nd day of March 2010.

           s/ David Bramlette
           UNITED STATES DISTRICT JUDGE